# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., | Case No.: 2:12-cv-0053-GMN-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| AE TECH CO., LTD., et al., | |
| Defendants. | |

On January 24, 2012, this Court issued a preliminary injunction enjoining Defendant AE Tech Co. Ltd ("AE Tech") its agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of the order by personal service or otherwise be, from practicing, making, manufacturing, importing, offering for sale, selling, and/or otherwise using U.S. Patent No. 8,044,942, or any reproduction, counterfeit, copy, or colorable imitation of the same. (*See* PI Order, ECF No. 16.)  The Court subsequently granted in part and denied in part AE Tech's Motion to Reconsider the Preliminary Injunction Order on March 7, 2012. (*See* Reconsideration Order, ECF No. 43.) The Court amended the preliminary injunction at that time to remove the language "practicing . . . or any reproduction, counterfeit, copy, or colorable imitation of the same." Plaintiff, Aevoe Corp., filed an amended complaint on March 14, 2012 adding GreatShield, Inc. and S&F Corporation as defendants. (*See* FAC, ECF No. 44).  Following its amended complaint, Plaintiff filed a Motion for Order to Show Cause why Defendants Should Not Be Held in Contempt for Violating the Preliminary Injunction. (*See* Motion for OSC, ECF No. 49.)

Based on the arguments from the April 30, 2012 hearing, and the briefings of the parties, as well as the Court's previous findings pertaining to the preliminary injunction in

place in this case, the Court hereby amends the preliminary injunction.

**PRELIMINARY INJUNCTION**

**IT IS HEREBY ORDERED** that AE Tech Co., Ltd., GreatShield, Inc., S&F Corporation, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise be, and hereby are, **preliminarily enjoined** from practicing, making, manufacturing, importing, offering for sale, selling, and/or otherwise using U.S. Patent No. 8,044,942, or a colorable imitation of the same, and from transferring, moving, returning, destroying, or otherwise disposing of any Infringing Goods, including, but not limited to, ACase APlus Shield Anti-Glare products, original and redesigned, and the GreatShield EZseal Plus 100% Bubble Free Screen Protector, **pending a trial on the merits**.

Defendants are hereby given further notice that they shall be deemed to have actual notice of the issuance and terms of this Preliminary Injunction and that any act by it in violation of any of the terms hereof may be considered and prosecuted as contempt of this Court.

**DATED** this 2nd day of May, 2012.

_____
Gloria M. Navarro
United States District Judge