# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2012-1422

AEVOE CORP.,

Plaintiff-Appellee,

v.

AE TECH CO., LTD., S&F CORPORATION
(doing business as SF Planet Company and SF Planet Corporation),
and GREATSHIELD, INC.,

Defendants-Appellants.

Appeals from the United States District Court for the District of Nevada in case no. 12-CV-0053, Judge Gloria M. Navarro.

Authorized Abbreviated Caption[2]

AEVOE CORP. V AE TECH CO., LTD., 2012-1422

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 12-1422 - AEVOE Corp. v. AE Tech Co., Ltd.

**Date of docketing:** May 29, 2012

**Appeal from:** United States District Court for the District of Nevada (Las Vegas) case no. 12-CV-0053

**Appellant(s):** AE Tech Co., Ltd., Greatshield, Inc., S&F Corporation

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) [Only in cases where all parties are represented by counsel. See the en banc order dated September 18, 2006, and guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS**. (*Objections to the scheduling of oral argument should be immediate*.) See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption
- Rules of Practice (to pro se parties only)
- Required forms (to pro se parties only):
    - Entry of Appearance
    - Informal Brief
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to appellants owing the docketing fee)

Counsel may download the Rules of Practice and required forms from www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk

cc: United States District Court for the District of Nevada (Las Vegas)
Lynn J. Alstadt
David S. Bloch