JEFFREY A. SILVESTRI, ESQ.
Nevada Bar No. 5779
JOSEPHINE BINETTI MCPEAK, ESQ.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (*pro hac vice*)
JENNIFER A. GOLINVEAUX (*pro hac vice*)
K. JOON OH (*pro hac vice*)
ELISABETH A. DERBY (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com
       koh@winston.com
       bderby@winston.com

*Attorneys for Plaintiff AEVOE CORP.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>AE TECH CO., LTD., a Taiwan corporation, S & F Corporation dba SF PLANET COMPANY and SF PLANET CORPORATION, a Minnesota corporation, and GREATSHIELD INC., a Minnesota corporation,<br><br>       Defendants. | Case No. 2:12-cv-00053-GMN -RJJ<br><br><br>**STIPULATED AND [PROPOSED] REVISED SCHEDULING ORDER PURSUANT TO LOCAL RULE 26-4 (FIRST REQUEST)** |

. . .

. . .

. . .

1

**STIPULATED AND [PROPOSED] REVISED SCHEDULING ORDER**

Pursuant to Local Rule 26-4, the parties hereby submit their joint stipulation to extend the close of fact discovery and for entry of a revised scheduling order as set forth below.

WHEREAS on May 15, 2012, the Court had entered the Stipulated Discovery Plan and Scheduling Order (Dkt. 80), which set forth October 29, 2012, for the close of fact discovery in this case and a trial date to be set by the Court in a different order;

WHEREAS on September 4, 2012 (Dkt. 119), the Court set forth January 21, 2014, as the date for jury trial in this case;

WHEREAS Aevoe Corp., and the defendant have conferred on coordinating discovery issues, including the coordination and scheduling of eight depositions of foreign witnesses and other domestic witness, and adjusting the current scheduling deadlines in light of such coordination issues and the January 21, 2014 trial date and pending motion to compel discovery;

WHEREAS defendants deposed Aevoe's President Jon Lin as a percipient witness and as Aevoe's designated 30(b)(6) witness on May 24, 2012, and July 13, 2013, respectively;

WHEREAS Aevoe served a First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to each of the defendants on June 28, 2012; to which the defendants provided written responses on July 30, 2012, and which are the subject of a pending motion to compel further responses (Dkt. 115, filed August 30, 2012) that has not yet been fully briefed;

WHEREAS defendants served a First Set of Requests for Production of Documents on August 22, 2012, with Aevoe's written responses due on September 24, 2012;

WHEREAS Aevoe served a Second Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to each of the Defendants on August 31, 2012, with the defendants' respective written responses due on October 1, 2012;

WHEREAS on September 7, 2012, Aevoe issued seven subpoenas for the production of documents from third parties;

WHEREAS the Parties are coordinating on scheduling and logistical issues concerning as many as 17 depositions, including as many as eight depositions of witnesses in Taiwan;

WHEREAS these depositions cannot be completed within the time limits set by the discovery plan because of the availability of witnesses;

WHEREAS the Parties anticipate the need for serving additional written discovery requests, subpoenas, and deposition notices before the close of discovery after the opportunity to review the information gathered in the pending discovery discussed above;

WHEREAS the Court's ruling on Aevoe's fully briefed pending motion to strike certain counterclaims and affirmative defenses filed on May 2, 2012 (Dkt. 67, 68, 84, 86) could affect the scope of discovery;

WHEREAS on August 14, 2012, defendant AE Tech filed a second Request for Inter Partes Re-examination by the United States Patent and Trademark Office of all claims of the patent in suit, alleging that those claims are unpatentable in light of prior art. If that Patent Examiner finds that the Request demonstrates that there is a reasonable likelihood that Requestor will prevail with respect to at least one of the claims challenged in the Request, the Patent Examiner will grant the request. If that occurs, defendants will move to stay these proceedings pending the outcome of the re-examination; and

WHEREAS the Parties have submitted two forms of proposed protective order. ECF No. 106. The Court has not yet entered such an order; and

WHEREAS this is the Parties' first request to revise the scheduled deadlines.

I.   **JOINT STIPULATION**

For the foregoing reasons, the Parties hereby submit their Stipulated and [Proposed] Revised Scheduling Order as set forth below:

| *Pretrial or Trial Event* | *Current Dates* | *Proposed Revised Dates* |
|---|---|---|
| Close of Fact Discovery | Monday, October 29, 2012 | Monday, April 29, 2013 |
| Opening Claim Construction Brief | Monday, November 19, 2012 | Same |
| Response Claim Construction Brief | Wednesday, December 5, 2012 | Same |
| Reply Claim Construction Brief | Wednesday, December 12, 2012 | Same |

| Pretrial or Trial Event | Current Dates | Proposed Revised Dates |
|---|---|---|
| Claim Construction Hearing | TBD per Court's calendar | Same |
| Post-Claim Construction Order Settlement Conference | 30 days after Court's claim construction order | Same |
| Disclose Experts for issues that party has burden of proof & Exchange Expert Reports | 45 days after Court's claim construction order | Same |
| Last Date to Depose Experts | 30 days after disclosure of experts | Same |
| Disclose Rebuttal Experts & Exchange Rebuttal Reports | 45 days after disclosure of experts | Same |
| Last Date to Request Extension of Scheduled Deadlines | 21 days before expert discovery closes | Same |
| Expert Discovery Closes and Last Date to Depose Rebuttal Experts | 30 days after disclosure of rebuttal experts | Same |
| Last Date to File Dispositive Motions | 30 days after expert discovery closes | Same |
| Submit Joint Pretrial Order (unless suspended per LR 26-1 (e)(5) due to filing of dispositive motions), including proposed trial date | 30 days after order on dispositive motions | Same |
| Pre-Trial Settlement Conference | January 14, 2014 | Same |
| Trial (anticipated trial length is five to seven days) | January 21, 2014 | Same |

. . .

4
**STIPULATED AND [PROPOSED] REVISED SCHEDULING ORDER**

## II. SIGNATURES

Each signature constitutes a certification that to the best of the signer's knowledge, information and belief, formed after reasonable inquiry, the disclosures made by the signer are complete and correct as of this time.

DATED: September 25, 2012.

MCDONALD CARANO WILSON LLP

By: _____
JEFFREY A. SILVESTRI, ESQ. (#5779)
JOSEPHINE BINETTI MCPEAK, ESQ.
(#7994)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email:   jsilvestri@mcdonaldcarano.com
         jmcpeak@mcdonaldcarano.com

WINSTON & STRAWN LLP
DAVID S. BLOCH (pro hac vice)
JENNIFER A. GOLINVEAUX (pro hac vice)
K. JOON OH (pro hac vice)
ELISABETH A. DERBY (pro hac vice)
Attorneys for Plaintiff AEVOE CORP.

DATED: September 25, 2012.

MORRIS LAW GROUP

By: /s/ Lynn J. Alstadt
STEVE MORRIS, Bar No. 1543
sm@morrislawgroup.com
LEAN-PAUL HENDRICKS, Bar No. 10079
jph@morrislaw_group.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

BUCHANAN INGERSOLL & ROONEY P.C.
LYNN J. ALSTADT (pro hac vice)
301 Grant Street
Pittsburgh, PA 15219

*Attorneys for Defendants AE TECH CO., LTD., S & F Corporation dba SF PLANET COMPANY and SF PLANET CORPORATION, and GREATSHIELD INC.*

## ORDER

IT IS SO ORDERED:

DATED: November 9, 2012

_____
UNITED STATES MAGISTRATE JUDGE