JEFFREY A. SILVESTRI, ESQ.
Nevada Bar No. 5779
JOSEPHINE BINETTI McPEAK, ESQ.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (appearing *pro hac vice*)
JENNIFER A. GOLINVEAUX (appearing *pro hac vice*)
K. JOON OH (appearing *pro hac vice*)
ELISABETH A. DERBY (appearing *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com
       koh@winston.com
       bderby@winston.com

*Attorneys for Plaintiff AEVOE CORP.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AE TECH CO., LTD., a Taiwan corporation, S & F Corporation dba SF PLANET COMPANY and SF PLANET CORPORATION, a Minnesota corporation, and GREATSHIELD INC., a Minnesota corporation,<br><br>Defendants. | Case No. 2:12-cv-00053-GMN -RJJ<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO REQUEST THE COURT TO FILE PUBLICLY A REDACTED VERSION OF THE NOVEMBER 27, 2012 SEALED ORDER |

1

The Court having considered Plaintiff Aevoe Corp.'s Plaintiff's Motion for Leave to Request the Court to File Publicly a Redacted Version of the November 27, 2012 Sealed Order and the supporting Memorandum of Points and Authorities, [Proposed] Order and its accompanying Exhibit A ([Proposed] Redaction of Sealed Order entered November 27, 2012), hereby grants the Plaintiff's Motion and hereby orders the Clerk to file publicly the Redaction of Sealed Order entered November 27, 2012, attached hereto as Exhibit A.

IT IS SO **ORDERED** this 10TH day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

McDONALD CARANO WILSON LLP

By: _____
JEFFREY A. SILVESTRI (#5779)
JOSEPHINE BINETTI McPEAK (#7994)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
jsilvestri@mcdonaldcarano.com
jmcpeak@mcdonaldcarano.com

WINSTON & STRAWN LLP
David S. Bloch *(pro hac vice)*
Jennifer A. Golinveaux *(pro hac vice)*
K. Joon Oh *(pro hac vice)*
Elisabeth A. Derby *(pro hac vice)*

*Attorneys for Plaintiff AEVOE CORP.*

LVDOCS-#267742-v1