# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., | |
| Plaintiff, | Case No. 2:12-cv-00053-GMN-NJK |
| vs. | ORDER SETTING HEARING |
| AE TECH. CO., et al., | (Docket No. 218) |
| Defendants. | |

Pending before the Court is Defendants' motion to compel, Docket No. 218, which is now fully briefed. The Court hereby sets the motion for hearing for April 29, 2013 at 3:00 p.m. in courtroom 3D.

IT IS SO ORDERED.

DATED: April 19, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge