# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., | |
|     Plaintiff(s), | Case No. 2:12-cv-00053-GMN-NJK |
| vs. | ORDER RE: MOTIONS TO SEAL |
| AE TECH. CO., et al., | |
|     Defendant(s). | (Docket No. 301, 325) |

Pending before the Court are two motions to seal filed by Defendants. Docket Nos. 301, 325. The motions seek to file under seal the unredacted versions of Defendants' briefs because they contain excerpts from Plaintiff's responses to Defendant AE Tech's interrogatories, as well as Plaintiff's supplemental interrogatory responses. *See* Docket No. 301 at 2-3; Docket No. 325 at 2. The motion further indicates that Plaintiff has designated those responses highly confidential pursuant to the stipulated protective order. *Id.* As this Court has made clear previously, that a party designates materials as confidential pursuant to a stipulated protective order does not enable those documents (standing alone) to be filed under seal. *See* Docket No. 279 (the "Stipulated Protective Order does not entitle [the parties] to file confidential information under seal" (quoting Docket No. 155)). Instead, designated material may only be filed under seal based on a showing that the relevant standard is met because "[b]lanket protective orders . . . do not contain any rulings that specific documents may be filed under seal." *The Vaccine Ctr. LLC v. GlaxoSmithKline LLC*, 2013 U.S. Dist. Lexis 68298, *12-13 (D. Nev. May 14, 2013) (discussing Ninth Circuit authority

regarding limited impact of blanket protective orders on motions to seal).

The only support for the pending motions to seal is the fact that Plaintiff designated certain discovery responses as highly confidential. Plaintiff did not file a declaration in support of the motion to seal explaining why the material merits filing under seal. *Cf.* Docket No. 279 (ordering Plaintiff to file such a declaration for various motions to seal). Plaintiff is hereby ORDERED, no later than July 15, 2013, to either file a declaration establishing good cause for the sealing or withdraw the designation.

IT IS SO ORDERED.

DATED: July 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge