# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP.,<br><br>  Plaintiff(s),<br><br>vs.<br><br>AE TECH CO., LTD., et al.,<br><br>  Defendant(s). | Case No. 2:12-cv-00053-GMN-NJK<br><br>ORDER AMENDING PROTECTIVE ORDER AT DOCKET NO. 155 |

On November 9, 2012, the Court entered a protective order governing, *inter alia*, the filing of confidential materials in this case. Docket No. 155 at ¶ 12.4. The Court hereby amends that paragraph of the protective order to add the following regarding the procedures for filing motions to seal:

> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, the opposing party (or non-party) shall file a declaration establishing good cause for the sealing along with a proposed order, or shall withdraw the designation. The declaration shall be filed within seven days of service on the opposing party (or non-party) of the request for a sealing order. If the declaration is not filed as required, the Court may order the document filed in the public record.

IT IS SO ORDERED.

DATED: July 10, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge