1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF NEVADA**

8

9  AEVOE CORP.,                           )
                                          )
10                 Plaintiff(s),          )        Case No. 2:12-cv-00053-GMN-NJK
                                          )
11 vs.                                    )        ORDER GRANTING MOTION TO
                                          )        SEAL
12 AE TECH. CO., et al.,                  )
                                          )        (Docket No. 301)
13                 Defendant(s).          )
   _____)

14        Pending before the Court is Defendants' motion to seal.  Docket No. 301 ("Mot.").  The

15 motion seeks to file under seal the unredacted version of Defendants' reply in support of their

16 motion to compel.  *See* Docket No. 302; *see also* Docket No. 300 (redacted version filed on public

17 docket).  Plaintiff filed a declaration in support of the motion.  *See* Docket No. 336.  For good cause

18 shown and for the reasons set out below, the Court hereby GRANTS the motion.

19 **I.     STANDARD**

20        The documents at issue in the motion to seal are all related to non-dispositive motions.  The

21 Ninth Circuit has held that there is a presumption of public access to judicial files and records and

22 that parties seeking to maintain the confidentiality of documents attached to non-dispositive motions

23 must make a particularized showing of "good cause" to overcome the presumption of public access.

24 *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *see also Aevoe*

25 *Corp. v. AE Tech. Co.*, 2013 WL 2302310, *1 (D. Nev. May 24, 2013).  To the extent any

26 confidential information can be easily redacted while leaving meaningful information available to

27 the public, the Court must order that redacted versions be filed rather than sealing entire documents.

28 *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir. 2003); *see also Vaccine Ctr.*

1   *LLC v. GlaxoSmithKline LLC*, 2013 U.S. Dist. Lexis 68298, *9-10 (D. Nev. May 14, 2013)

2   (discussing redaction requirement).

3   **II.     ANALYSIS**

4          The requested redaction relates to quotations to documents previously filed under seal.  *See*

5   Docket No. 336 at ¶ 5.  In particular, those quotations are to portions of the exhibit at Docket No.

6   257-2, for which the Court has previously found good cause to exist for sealing.  *See* Docket No.

7   308 at 2-3.  For the same reasons articulated by the Court previously with respect to these exhibits,

8   *see id.*, the Court finds good cause exists here to redact quotations from that exhibit.

9   **III.    CONCLUSION**

10         For good cause shown, Defendants' motion to seal is hereby **GRANTED**.  The unredacted

11  brief at Docket No. 302 will remain under seal and no further filing of redacted versions is required.

12         IT IS SO ORDERED.

13         DATED: July 15, 2013

14                                             _____
                                              NANCY J. KOPPE
15                                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28