# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP.,               ) | |
|             Plaintiff,   ) | Case No. 2:12-cv-00053-GMN-NJK |
| vs.                        ) | ORDER |
| AE TECH. CO., et al.,      ) | (Docket No. 243) |
|             Defendants. ) | |

Pending before the Court is a motion to quash a subpoena and/or for protective order. *See* Docket No. 243. That motion has been fully briefed and came on for hearing on September 3, 2013. Docket No. 351. During the hearing, the Court discussed, *inter alia*, terms of a protective order that may limit or eliminate any burden or prejudice to movants. The Court hereby orders the additional information outlined below to be provided:

(1) Plaintiff's counsel indicated at the hearing that United States District Judge Navarro had previously denied its request for a prosecution bar in this case. Plaintiff shall identify that order. Plaintiff's counsel also indicated that some additional precautions could be undertaken internally at Winston & Strawn to protect movant's information, in addition to a prosecution bar, but counsel did not elaborate. Plaintiff's counsel shall explain what additional precautions are available. Counsel shall provide the above information, no later than September 11, 2013, in a filing of five pages or less.

(2) The Court has heard from Plaintiff and movants regarding a prosecution bar with respect to the documents subpoenaed from movants. Defendants shall provide their position with

1  respect to a prosecution bar, no later than September 11, 2013, in a filing of five pages or
2  less.
3  NO FILINGS RELATED TO THIS MOTION MAY BE MADE EXCEPT FOR THOSE
4  SPECIFIED ABOVE.
5  IT IS SO ORDERED.
6  DATED: September 4, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge