✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2013 SEP -9 P 12: 40

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Aevoe Corp.          Plaintiff, | District No.   2:12-cv-00053-GMN-NJK |
| vs. | |
| AE Tech Co., Ltd. | |
| Defendant. | |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On Sept. 4th, 2013 this court received a transcript request from Josephine Binetti McPeak dated Sept. 4th, 2013 requesting a Transcript of the Motion hearing held on Sept. 3rd, 2013, in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Plaintiff Counsel Josephine Binetti McPeak.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 9th day of Sept. 2013.

Nancy J. Koppe
United States Magistrate Judge