UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Aevoe Corp.         Plaintiff, | District No.   2:12-cv-00053-GMN-NJK |
| vs. | |
| AE Tech Co., Ltd. | |
| Defendant. | |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On Sept. 11th, 2013 this court received a transcript request from J. P. Hendricks, Defense Counsel for Defendant AE Tech Co., dated Sept. 11th, 2013 requesting a Transcript of the Motion hearing held on Sept. 3rd, 2013, in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defense Counsel J. P. Hendricks.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

DATED this 13th day of Sept. 2013.

Nancy J. Koppe
United States Magistrate Judge