1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

8

9

10

11

12

| | |
|---|---|
| AEVOE CORP., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) |
| | ) |
| AE TECH. CO., et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

Case No. 2:12-cv-00053-GMN-NJK

ORDER GRANTING MOTIONS
TO SEAL

(Docket Nos. 310, 322)

13      Pending before the Court is Defendant AE Tech's motion to seal.  Docket No. 310.  That

14   motion seeks to file under seal Exhibit A to Defendants' response to Plaintiff's motion for an order

15   to show cause (Docket No. 311).  *See id.* at 2.  Also pending before the Court is Plaintiff's motion to

16   seal.  Docket No. 322.  That motion seeks to file under seal Plaintiff's reply brief in support of the

17   motion for order to show cause (Docket No. 323).  For the reasons discussed more fully below, the

18   Court finds good cause supports the motions to seal and they are hereby **GRANTED**.

19      The Ninth Circuit has held that there is a presumption of public access to judicial files and

20   records and that parties seeking to maintain the confidentiality of documents attached to non-

21   dispositive motions must make a particularized showing of "good cause" to overcome the

22   presumption of public access.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180

23   (9th Cir. 2006); *see also Aevoe Corp. v. AE Tech. Co.*, 2013 WL 2302310, *1 (D. Nev. May 24,

24   2013).  To the extent any confidential information can be easily redacted while leaving meaningful

25   information available to the public, the Court must order that redacted versions be filed rather than

26   sealing entire documents.  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137 (9th Cir.

27   2003); *see also Vaccine Ctr. LLC v. GlaxoSmithKline LLC*, 2013 U.S. Dist. Lexis 68298, *9-10 (D.

28   Nev. May 14, 2013) (discussing redaction requirement).

1    Both motions seek to file documents under seal that relate to the same information, namely

2    the declaration of Tom Hseih, in which he provides detailed financial information for AE Tech for

3    2012 and 2013.  *See* Docket No. 310 at 2; *see also* Docket No. 322 at 2.  The Hseih declaration

4    contains performance data.  Docket No. 310 at 3.  Defendants further assert that public release of

5    this information will have an immediate and adverse impact on Defendants' ability to conduct

6    business and negotiate the terms of future sales.  *Id.*  The Court finds that good cause exists to seal

7    this information that overcomes the presumption of public access.

8    For good cause shown, the motions to seal are hereby **GRANTED**.  The exhibit at Docket

9    No. 311 shall remain under seal and the unredacted reply brief at Docket No. 323 shall also remain

10    under seal.

11    IT IS SO ORDERED.

12    DATED: October 18, 2013

13    _____

14    NANCY J. KOPPE
       United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2