# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cv-00053-GMN-NJK |
| vs. ) | |
| ) | **ORDER** |
| AE TECH CO., LTD., a Taiwan corporation; ) | |
| S&F Corporation dba SF PLANET ) | |
| CORPORATION, a Minnesota corporation, ) | |
| and GREATSHIELD INC., a Minnesota ) | |
| corporation, ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Motion to Reset Trial Date (ECF No. 466) filed by Defendant AE Tech. Co., Ltd., Defendant S&F Corporation dba SF Planet Corporation, and Defendant Greatshield Inc. (collectively, "Defendants"). Plaintiff Aevoe Corp. ("Plaintiff") filed a Response in opposition. (ECF No. 81.) Defendants failed to file a Reply.

Both parties agree that the current dates for the pretrial conference and trial date should be removed from the Court's calendar because of the numerous pending dispositive motions. (*See* Mot. to Reset Trial Date 1:23–28, ECF No. 466; Resp. 1:26–27, ECF No. 479.) However, Defendants request that the Court reset the dates only after the Court has ruled on the pending dispositive motions. (Mot. 1:23–28.) In contrast, Plaintiff "proposes that the new trial date be re-set by approximately 6 months to June 24, 2014, with the pre-trial settlement conference re-set for June 17, 2013." (Resp. 2:14–16.)

Rule 26-1(e)(5) of the Local Rules of Practice for the United States District Court for the District of Nevada governs the timing of the filing of the pretrial order. Specifically, Rule 26-1(e)(5) provides that, when the parties file dispositive motions, "the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions

or further order of the Court."

**IT IS HEREBY ORDERED** Defendants' Motion to Reset Trial Dates (ECF No. 466) is **GRANTED**.

**IT IS FURTHER ORDERED** that the calendar call set for Monday, January 13, 2014 at 9:00 AM and the jury trial set for Tuesday, January 21, 2014 are **VACATED**, to be rescheduled upon the filing of the Proposed Pretrial Order in accordance with Local Rule 26-1(e)(5).

**IT IS FURTHER ORDERED** that the Stipulation for Extension of Time regarding Pretrial Order and Motions in Limine (ECF No. 486) is **DENIED as moot**.

**DATED** this 19th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge