UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP,<br><br>  Plaintiff,<br><br>VS.<br><br>AE TECH CO LTD,<br><br>  Defendant, | 2:12-CV-0053 GMN-NJK<br><br>MINUTES OF THE COURT<br><br>Dated:  April 10, 2014 |

PRESENT:

THE HONORABLE **GLORIA M. NAVARRO, CHIEF U.S. DISTRICT JUDGE**

DEPUTY CLERK:   EILEEN WOOD       COURT REPORTER: ARACELI BARENG

PRESENT FOR PLAINTIFF:     DAVID BLOCH, KRISTEN GALLAGHER

PRESENT FOR DEFENDANT:     LYNN ALSTADT, RALEIGH THOMPSON

**SHOW CAUSE HEARING -**

   2:03 PM. Court convenes.

   The Court **GRANTS** Plaintiff's Motion #354 for District Judge to Reconsider Order. Plaintiff provided new evidence and reference FRCP 65(d)(2).

   The Court hears representations of counsel regarding why sanctions imposed on Defendant AE Tech Co Ltd have not been paid.

   **Thomas (Chen) Tssieh**, called on behalf of the Defendant, is sworn and testifies on direct examination by Mr. Alstadt, cross examination by Mr. Bloch, re-direct examination by Mr. Alstadt, and re-cross examination by Mr. Bloch . **Defendant's Exhibits 1, 2, 3, 4, 5, and 6 are offered (objections by Plaintiff)**. The Court **ORDERS** that Defendant's Exhibits 1-6 are **NOT** admissible as offered. There is no certification and no translation. Defendant has 14 days to supplement including certified translation from Taiwanese to English and all other information required by FRC 803(6). **Plaintiff's demonstrative aids:** Video excerpts of Thomas Tssieh's deposition, Documents from Case Docket: 509 and 311. **Plaintiff's Exhibits 1 and 2 offered (objections by Defendant**). The Court sustains objections and Plaintiff's Exhibits 1 and 2 are not admitted. The Court does, however, take Judicial Notice re AE Tech's website.

2:12-CV-0053 GMN-NJK
Page 2

    Defendant failed to meet burden of establishing inability to pay sanction. All three defendants are now jointly and severally liable to pay the amount of sanction in full by end of business on June 10, 2014 with an additional amount of $1,000 per day penalty accruing thereafter.

    Plaintiff will prepare the proposed Order for Court's signature by noon on April 17, 2014.

    6:19 PM - Court adjourns.

**LANCE S. WILSON, CLERK**
**UNITED STATES DISTRICT COURT**

/s/ Eileen Wood
DEPUTY CLERK