UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORPORATION<br><br>              Plaintiff,<br><br>vs.<br><br>AE TECH COMPANY, LTD<br><br>              Defendant. | District No.   2:12-CV-053-GMN NJK |

ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On April 11, 2014 this court received a transcript order form dated April 11, 2014 requesting a Transcript of hearing held on April 10, 2014 from Kristen Gallagher, counsel for the Plaintinff, in which a **portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearing as requested by Plaintiff's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this __14__ day of April, 2014

_____
Gloria M. Navarro
United States District Judge