UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation, )<br>)<br>                         Plaintiff, )<br>  vs. )<br>)<br>AE TECH CO., LTD., a Taiwan corporation; )<br>S&F Corporation dba SF PLANET )<br>CORPORATION, a Minnesota corporation, )<br>and GREATSHIELD INC., a Minnesota )<br>corporation, )<br>                        Defendants. )<br>                                          ) | Case No.: 2:12-cv-00053-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the Motion for Summary Judgment of False Marking (ECF No. 409) filed by Defendants AE Tech Co. Ltd, S&F Corporation and GreatShield Inc. (collectively, "Defendants"). Plaintiff Aevoe Corp. ("Plaintiff") filed a Response (ECF No. 453) and Defendants filed a Reply (ECF No. 467).

Also pending before the Court is Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment. (ECF No. 439.) Defendants filed a Response (ECF No. 460) and Plaintiff filed a Reply (ECF No. 464).

**I.      DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

After Defendants filed the instant motion, the Court dismissed Defendants' False Marking Counterclaim with prejudice. (*See* Order on Mot. to Dismiss 4:8–7:19, ECF No. 512.) Accordingly, Defendants' Motion for Summary Judgment of False Marking is hereby DENIED as MOOT.

**II.     PLAINTIFF'S MOTION TO STRIKE**

Plaintiff requests that the Court strike Defendants' two motions for summary judgment (ECF Nos. 409, 425) because these two motions collectively number forty-two pages, in

violation of the thirty page limit found in Local Rule 7-4. (Mot. to Strike 2:12–16, ECF No. 439.)  Because the Court finds that Defendants' Motion for Summary Judgment of False Marking (ECF No. 409) is MOOT, the Court finds that Defendants' remaining Motion for Summary Judgment (ECF No. 425) complies with the thirty page limit of Local Rule 7-4.  Thus, the Court concludes that Plaintiff's Motion to Strike is also MOOT.

### III.   CONCLUSION

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment of False Marking (ECF No. 409) is **DENIED** as **MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (ECF No. 439) is **DENIED** as **MOOT**.

**DATED** this __14__ day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge