# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., <br>         Plaintiff(s), <br> vs. <br> AE TECH CO., LTD., et al., <br>         Defendant(s). | Case No. 2:12-cv-00053-GMN-NJK <br><br> ORDER RE: MOTION TO WITHDRAW <br><br> (Docket No. 542) |

Pending before the Court is the motion to withdraw as counsel for Defendant AE Tech filed by Buchanan Ingersoll & Rooney PC and Morris Law Group. Docket No. 542. Any response shall be filed no later than June 6, 2014. The Court hereby **SETS** a hearing on the motion for June 11, 2014, at 3:00 p.m. in Courtroom 3A. A corporate representative of Defendant AE Tech, as well as its current counsel of record, shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. AE Tech's representative and counsel from Buchanan Ingersoll & Rooney PC may appear telephonically at that hearing by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

No later than June 3, 2014, Defendant AE Tech's current counsel of record shall serve it with this order and shall file a proof of service. Lastly, the Court wishes to highlight that corporations

1  may appear in federal court only through licensed counsel. *United States v. High Country Broad.*
2  *Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).
3      IT IS SO ORDERED.
4      DATED: May 30, 2014

                                                                              _____
                                                                              NANCY J. KOPPE
                                                                              United States Magistrate Judge