UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., ) | |
|                  Plaintiff(s), ) | Case No. 2:12-cv-00053-GMN-NJK |
| vs. ) | ORDER RE: MOTION TO WITHDRAW |
| AE TECH CO., LTD., et al., ) | (Docket No. 542) |
|                  Defendant(s). ) | |

      Pending before the Court is the motion to withdraw as counsel for Defendant AE Tech filed by Buchanan Ingersoll & Rooney PC and Morris Law Group. Docket No. 542. The Court has received a response from Plaintiff opposing the motion. Docket No. 548. The Court hereby **ORDERS** Defendant AE Tech to file a reply no later than June 12, 2014. The Court further **CONTINUES** the hearing set for June 11, 2014, at 3:00 p.m. in Courtroom 3A to June 20, 2014, at 10:00 a.m. in Courtroom 3B.

      A corporate representative of Defendant AE Tech, as well as its current counsel of record, shall attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. AE Tech's representative, counsel from Buchanan Ingersoll & Rooney PC, and any counsel from Winston & Strawn LLP who wishes may appear telephonically at that hearing by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

No later than June 10, 2014, Defendant AE Tech's current counsel of record shall serve it with this order and shall file a proof of service.

IT IS SO ORDERED.

DATED: June 9, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge