# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., | |
| Plaintiff(s), | Case No. 2:12-cv-00053-GMN-NJK |
| vs. | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| AE TECH. CO., et al., | |
| Defendant(s). | (Docket No. 566) |

On June 18, 2014, Plaintiff filed a motion to seal. Docket No. 560. "The sole ground that [Plaintiff] seeks leave is that Defendants have designated the information as confidential." Docket No. 560 at 2. This Court has repeatedly ordered that in such circumstances the opposing party must file a declaration in support of the sealing request. *See, e.g.*, Docket No. 334. Indeed, the Court has admonished Defendants previously for failing to comply with that order. *See* Docket No. 396. Despite the Court's orders, Defendants again failed to file a declaration in support of Plaintiff's motion to seal Defendants' information. Accordingly, the Court issued an order for Defendants and their counsel to show cause why they should not be sanctioned. *See* Docket No. 566.

The Court now has before it the response to the order to show cause. That response indicates that Defendants' counsel failed to inform their current staff of the ordered procedure for motions to seal and that the issue has now been resolved such that future violations of the Court's order will not occur. *See* Docket No. 568 at 3-4. The Court takes Defendants' counsel at his word that this will not happen again. Nonetheless, there have been multiple violations of this Court order that has led to wasted

judicial resources.  The Court declines to impose sanctions at this time, but again ADMONISHES counsel for failing to comply with a simple Court order.  **Defendants and Defendants' counsel should expect that future violations will result in the imposition of monetary sanctions**.

       IT IS SO ORDERED.

       DATED: July 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge