UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., | ) |
|         Plaintiff(s), | )    Case No. 2:12-cv-00053-GMN-NJK |
| vs. | )    ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL |
| AE TECH. CO., et al., | )    (Docket No. 560) |
|         Defendant(s). | ) |

Pending before the Court is a motion to seal filed by Plaintiff. Docket No. 560. For the reasons previously stated with respect to this information, the Court hereby GRANTS the motion with respect to Plaintiff's proposed redactions at page 3 of its brief. *See* Docket No. 556 at 2. With respect to the excerpts from the deposition of Simon Loh in the proposed redaction at page 5 of Plaintiff's brief and Exhibit 3 of the Oh declaration, Defendants have now consented to such information being filed publicly. *See* Docket No. 568 at 3. Accordingly, with respect to that information the motion to seal is hereby DENIED as moot.

Within 7 days of this order, Plaintiff shall file a public version of its brief without the proposed redaction at page 5, as well as Exhibit 3 of the Oh declaration.

IT IS SO ORDERED.

DATED: July 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge