Jeffrey A. Silvestri, Esq.
Nevada Bar No. 5779
Josephine Binetti McPeak, Esq.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

David S. Bloch (admitted *pro hac vice*)
Jennifer A. Golinveaux (admitted *pro hac vice*)
K. Joon Oh (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com
       koh@winston.com

Attorneys for Plaintiff AEVOE CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AE TECH CO., LTD., a Taiwan corporation, S & F Corporation dba SF PLANET COMPANY and SF PLANET CORPORATION, a Minnesota corporation, and GREATSHIELD INC., a Minnesota corporation,<br><br>Defendants. | Case No. 2:12-cv-00053-GMN-NJK<br><br>ORDER GRANTING<br>UNOPPOSED MOTION TO CONTINUE DECEMBER 9, 2014 SETTLEMENT CONFERENCE<br><br>(FIRST REQUEST) |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Aevoe Corp. requests that the settlement conference set for December 9, 2014 at 10:00 a.m. before United States Magistrate Nancy Koppe [ECF 602] be re-set to 10:00 a.m. on any of the following dates:

Monday, December 1, 2014
Tuesday, December 2, 2014
Wednesday, December 3, 2014
Thursday, December 4, 2014

1

Friday, December 5, 2014
Monday, December 15, 2014
Tuesday, December 16, 2014

Plaintiff's lead trial counsel is unable to attend the settlement conference as scheduled based on a prior commitment that was scheduled before the Court's issuance of its order setting the settlement conference. Defendants do not oppose a continuance of the settlement conference. Defendants S & F Corporation dba SF Planet Company and SF Planet Corporation and Greatshield Inc. and their counsel currently are available on any of the dates proposed herein. Counsel for AE Tech, however, has advised that the owner of AE Tech told them that she is dissolving AE Tech. Therefore, AE Tech likely will not exist in December 2014 and not attend the settlement conference.

This is the first request for a continuance of the settlement conference and this request is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 29th day of August, 2014.

McDONALD CARANO WILSON LLP

By: _/s/ Josephine McPeak_
JEFFREY A. SILVESTRI (#5779)
JOSEPHINE BINETTI McPEAK (#7994)
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
jsilvestri@mcdonaldcarano.com
jmcpeak@mcdonaldcarano.com

WINSTON & STRAWN LLP
David S. Bloch (pro hac vice)
Jennifer A. Golinveaux (pro hac vice)
K. Joon Oh (pro hac vice)

*Attorneys for Plaintiff AEVOE CORP.*

### ORDER

**IT IS HEREBY ORDERED** that the settlement conference currently set for December 9, 2014 at 10:00 a.m. shall be re-set to December __16__, 2014 at 10:00 a.m. The Court's Order [ECF 602] shall otherwise remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

2