UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., <br>                 Plaintiff(s), <br> vs. <br> AE TECH CO., LTD., et al., <br>                 Defendant(s). | Case No. 2:12-cv-00053-GMN-NJK <br><br> AMENDED ORDER GRANTING MOTION TO WITHDRAW <br><br> (Docket No. 580) |

      Pending before the Court is a motion to withdraw as counsel for Defendant AE Tech filed by Buchanan Ingersoll & Rooney PC. Docket No. 580. A response and reply were filed. Docket Nos. 586, 593. The Court finds the motion properly resolved without oral argument, *see* Local Rule 78-2, and therefore **VACATES** the hearing set for September 22, 2014. For good cause shown, the motion to withdraw is hereby **GRANTED**.

      In light of this order, Defendant AE Tech must retain lead counsel and have that new counsel file a notice of appearance no later than <u>September 24, 2014</u>. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (corporations must be represented by counsel). **The failure to comply with this order will result in the issuance of an order to show cause why case-dispositive sanctions should not be imposed**. Buchanan Ingersoll & Rooney PC is hereby **ORDERED** to serve this Order on Defendant AE Tech and file a proof of service with the Court, no later than September 4, 2014.

      IT IS SO ORDERED.

      DATED: September 3, 2014

                                                _____  
                                                NANCY J. KOPPE  
                                                United States Magistrate Judge