John P. Aldrich, Esq. (SBN #6877)
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone:  (702) 853-5490
Facsimile:   (702) 227-1975
Email: jaldrich@johnaldrichlawfirm.com

Lynn J. Alstadt *(pro hac vice)*
Samuel Braver *(pro hac vice)*
**BUCHANAN INGERSOLL & ROONEY, PC**
301 Grant Street
Pittsburgh, PA 15219
Telephone:  (412) 562-1632
Facsimile:   (412) 562-1041
Email: lynn.alstadt@bipc.com

Attorneys for Defendants S&F Corporation
and GreatShield Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AEVOE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:12-cv-00053-GMN-NJK |
| | ) | |
| vs. | ) | **RESPONSE OF LYNN J. ALSTADT TO** |
| | ) | **ORDER TO SHOW CAUSE (ECF 623)** |
| AE TECH. CO., LTD., et al., | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned Lynn J. Alstadt responds to the Order To Show Cause why emailing the Court's order (ECF No. 611) constitutes proper service. (ECF No. 623) as follows.

On September 3, 2014, the Court Ordered Buchanan Ingersoll & Rooney PC ("Buchanan") to serve Defendant AE Tech Co., Ltd. ("AE Tech") with the Court's order that it must retain counsel and file with the Court a notice of appearance of the newly-retained counsel. *See* Docket No. 611.  As of that date AE Tech had ceased doing business (ECF No. 580-3).  Kelley Huang is the owner of AE Tech.  (See her declaration ECF No. 580-5).  In an email correspondence dated June 10, 2014 included within the Proof of Service of ECF No. 552, Kelley Huang told Lynn Alstadt, "AE TECH already dismissed all the employees in the end of May 2014, and the relevant personnel have terminated the contract with AE TECH."  Consequently, Kelley Huang was the only person on whom Buchanan could have served the Court's order.

On August 21, 2014 Kelly Huang sent me an email attached as Exhibit 1 which said "Please use this email to contact me, thanks."  This e-mail address is aetech.tw@yahoo.com.  Because of this request from Kelly Huang I served the Court order on AE Tech by e-mail to this e-mail address.

Fed. R. Civ. P. 5(b)(2)(E)  says that a paper is served by "sending it by electronic means if the person consented in writing."  I submit that the email from Kelley Huang to contact her by use of the email address of aetech.tw@yahoo.com constitutes consent in writing as required by Fed. R. Civ. P. 5(b)(2)(E).  Accordingly the service by email constitutes proper service.

The Order to show cause also directs me to file no later than September 30, 2014, a notice providing AE Tech's last known address. That notice is being filed separately. The S&F Defendants filed a notice (ECF No. 624)on September 24, 2014that AE Tech has been dissolved and no longer exists.

Dated: September 29, 2014                    Respectfully submitted,

/s/ Lynn J. Alstadt
Lynn J. Alstadt *(pro hac vice)*
BUCHANAN INGERSOLL & ROONEY, PC
301 Grant Street
Pittsburgh, PA 15219

John P. Aldrich, Esq. (SBN #6877)
ALDRICH LAW FIRM, LTD.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146

Attorneys for Defendants
S&F Corporation and GreatShield Inc.

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that the following document was served via electronic service: RESPONSE OF LYNN J. ALSTADT TO ORDER TO SHOW CAUSE (ECF 623)

Jeffrey A. Silvestri
Josephine Binetti McPeak
MCDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Ste. 1000 Las Vegas, Nevada 89102

David S. Bloch
Jennifer A. Golinveaux
K. Joon Oh
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111

Attorneys for the Plaintiff
Aevoe Corp.

Mark Borghese
BORGHESE LEGAL, LTD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Kenneth J. Gumbiner
HIGGINS BEJAMIN PLLC
101 W. Friendly Avenue, Suite 101
Greensboro, North Carolina 27401

Attorneys for Racing Optics, Inc., Seth Wilson, Stephen S. Wilson and Bart Wilson

/s/Lynn J. Alstadt
Attorney for Defendants
S&F Corporation and GreatShield Inc.