# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., <br><br>　　　　　　　　Plaintiff(s), <br><br>vs. <br><br>AE TECH CO., LTD., et al, <br><br>　　　　　　　　Defendant(s). | Case No. 2:12-cv-00053-GMN-NJK <br><br>**ORDER** <br><br>(Docket No. 632) |

Pending before the Court is Plaintiff's motion to seal related to the joint pretrial order. Docket No. 632. The motion to seal is based, in part, on Defendant AE Tech's designation of certain information as confidential pursuant to the protective order. *See id.* at 2. Although Plaintiff served the joint pretrial order itself on AE Tech, *see* Docket No. 634, it did not file a proof of service on AE Tech with respect to the motion to seal. As such, Plaintiff is hereby **ORDERED** to serve its motion to seal and a copy of this order on AE Tech no later than October 23, 2014. Defendant AE Tech is required to respond to the motion to seal, no later than November 6, 2014.

　　　　IT IS SO ORDERED.

　　　　Dated: October 21, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE