# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., <br>                 Plaintiff(s), <br> vs. <br> AE TECH CO., LTD., et al, <br>                 Defendant(s). | Case No. 2:12-cv-00053-GMN-NJK <br><br> **ORDER GRANTING MOTION TO AMEND JOINT PROPOSED PRETRIAL ORDER** <br> (Docket No. 636) |

Pending before the Court is Plaintiff's motion for leave to file an amended joint pretrial order. Docket No. 636. Defendants filed a response that failed to address the basis for the motion and stated that they would have agreed to the granting of the motion had sufficient notice been provided prior to its filing. *See* Docket No. 641. The Court hereby **GRANTS** the motion to amend, **ORDERS** the parties to confer regarding additional amendments to correct typographical and grammatical errors, and **ORDERS** the parties to file an amended joint proposed pretrial order by October 28, 2014.

Although the Court has already done so in the past, *see, e.g.*, *Aevoe Corp. v. AE Tech. Co.*, 2013 WL 4701192, *3 (D. Nev. Aug. 30, 2013), the Court again urges counsel for all parties to better cooperate with each other. "Obstructive refusal to make reasonable accommodation, such as [both parties] exhibited, not only impairs the civility of our profession and the pleasures of the practice of law, but also needlessly increases litigation expense to clients." *Hauser v. Farrell*, 14 F.3d 1338, 1344 (9th Cir. 1994).

IT IS SO ORDERED.

Dated: October 21, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE