UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., <br>       Plaintiff(s), <br> vs. <br> AE TECH CO., et al., <br>       Defendant(s). | Case No. 2:12-cv-00053-GMN-NJK <br><br> ORDER DENYING MOTION TO SEAL <br><br> (Docket No. 663) |

  Pending before the Court is Plaintiff's motion to seal. Docket No. 663. That motion does not indicate that sealing is proper, but rather that Defendants had designated certain cited information as confidential pursuant to the Court's protective order entered in this case. *See id.* at 2. Pursuant to the procedures outlined by the undersigned, the S&F Defendants then filed a response indicating that the proposed redactions were unnecessary as the information could be made available to the public. Docket No. 668 at 2-3. Defendant A&E Tech did not file a declaration in support of the motion to seal, or make any other filing in response to the motion to seal. Accordingly, the Court hereby DENIES the motion to seal and INSTRUCTS the Clerk's Office to unseal the documents at Docket No. 664.

  IT IS SO ORDERED.

  DATED: December 11, 2014

                    _____
                    NANCY J. KOPPE
                    United States Magistrate Judge