JEFFREY A. SILVESTRI, ESQ.
Nevada Bar No. 5779
JOSEPHINE BINETTI McPEAK, ESQ.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (appearing *pro hac vice*)
JENNIFER A. GOLINVEAUX (appearing *pro hac vice*)
K. JOON OH (appearing *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com
       koh@winston.com

*Attorneys for Plaintiff AEVOE CORP.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AE TECH CO., LTD., a Taiwan corporation, S & F Corporation dba SF PLANET COMPANY and SF PLANET CORPORATION, a Minnesota corporation, and GREATSHIELD INC., a Minnesota corporation,<br><br>Defendants. | Case No. 2:12-cv-00053-GMN-NJK<br><br>**STIPULATION AND ORDER FOR A PERMANENT INJUNCTION** |

1

WHEREAS, the Court issued a Preliminary Injunction on January 24, 2012, to enjoin AE Tech Co., Ltd. and any person acting in concert or participating with them from practicing, making, manufacturing, using, importing, offering to sell, and/or selling products that infringe the U.S. Patent No. 8,044,492 (the "'942 Patent"), or any reproduction, counterfeit, copy, or colorable imitation of the same, and from transferring, moving, returning, destroying, or otherwise disposing of its infringing goods pending a trial on the merits (ECF No. 16);

WHEREAS, Aevoe Corp. entered bonds concerning the Preliminary Injunction (the "Bonds") (ECF Nos. 10, 522);

WHEREAS, the Court clarified the scope of the original injunction on May 2, 2012 (ECF Nos. 66 (clarified preliminary injunction), 348 at 2);

WHEREAS, the Court in an Order dated April 17, 2014, held S&F Corporation and GreatShield, Inc. jointly and severally liable for $1,067,947.56 in lost profits and $60,941.75 in attorneys' fees as compensation to Aevoe for violating the preliminary injunction (ECF No. 532);

WHEREAS, the Court granted summary judgment that the '942 Patent is valid and infringed by the defendants (ECF No. 599);

WHEREAS, Aevoe Corp., S&F Corporation, and GreatShield, Inc. (the "Parties") have agreed to the terms of a Settlement Agreement to resolve any and all disputes between the Parties concerning infringement of Aevoe's '942 Patent;

WHEREAS, the Parties have agreed to the Permanent Injunction below as a condition of the Settlement Agreement; and

WHEREAS, the Parties have agreed to enter a Stipulation and [Proposed] Order of Voluntary Dismissal With Prejudice after the Court enters the Permanent Injunction,

AEVOE CORP., S&F CORPORATION, AND GREATSHIELD, INC. HEREBY STIPULATE THAT the Court's May 2, 2012, Order for a preliminary injunction against S&F Corporation and GreatShield, Inc., as amended by the Court, is hereby made a Permanent Injunction against S&F Corporation and GreatShield, Inc., their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise.

1  The Bonds are dissolved and shall be returned to Aevoe.

2  Any and all currently unsatisfied obligations that S&F Corporation and GreatShield, Inc.,
3  may have under the Order dated April 17, 2014 (ECF 532) as of the date of entry of this Permanent
4  Injunction are hereby discharged.

5  IT IS SO STIPULATED.

6  Dated: 1/16/15                                    Respectfully submitted,

7  By: /s/ Lynn J. Alstadt                           By: _____

8  ALDRICH LAW FIRM, LTD.                            McDONALD CARANO WILSON LLP
9  John Aldrich No. 6877                             Josephine Binetti McPeak, No. 7994
   1601 S. Rainbow Blvd., Suite 160                  2300 West Sahara Ave., Ste. 100
10 Las Vegas, Nevada 89146                           Las Vegas, NV 89102
11 Tel (702) 853-5490

12 BUCHANAN INGERSOLL & ROONEY PC                    WINSTON & STRAWN LLP
   Lynn J. Alstadt *(pro hac vice)*                  David S. Bloch, Esq. *(pro hac vice)*
13 301 Grant Street                                  101 California Street
   Pittsburgh, PA 15219                              San Francisco, CA 94011
14
   Counsel for Defendants                            Counsel for Plaintiff
15 S&F Corporation and GreatShield, Inc.             Aevoe Corp.

16

17                                      **ORDER**

18     **IT IS SO ORDERED** this 20th day of January, 2015.

19
                                         _____
20
                                         Gloria M. Navarro, Chief Judge
21                                       United States District Court

22 McDONALD CARANO WILSON LLP

23 By: _____
      JOSEPHINE BINETTI McPEAK (#7994)
24    2300 West Sahara Avenue, Suite 1200
      Las Vegas, NV 89102
25    jmcpeak@mcdonaldcarano.com

26 WINSTON & STRAWN LLP
   David S. Bloch *(pro hac vice)*
27 Jennifer A. Golinveaux *(pro hac vice)*
   K. Joon Oh *(pro hac vice)*
28
   *Attorneys for Plaintiff AEVOE CORP.*