JEFFREY A. SILVESTRI, ESQ.
Nevada Bar No. 5779
JOSEPHINE BINETTI McPEAK, ESQ.
Nevada Bar No. 7994
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com
       jmcpeak@mcdonaldcarano.com

DAVID S. BLOCH (appearing *pro hac vice*)
JENNIFER A. GOLINVEAUX (appearing *pro hac vice*)
K. JOON OH (appearing *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com
       koh@winston.com

*Attorneys for Plaintiff AEVOE CORP.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AEVOE CORP., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AE TECH CO., LTD., a Taiwan corporation, S & F Corporation dba SF PLANET COMPANY and SF PLANET CORPORATION, a Minnesota corporation, and GREATSHIELD INC., a Minnesota corporation,<br><br>Defendants. | **Case No. 2:12-cv-00053-GMN-NJK**<br><br>**STIPULATION AND ORDER OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANTS-COUNTERCLAIMANTS S&F CORPORATION AND GREATSHIELD, INC. ONLY AND RENDERING THE FOLLOWING MOTIONS MOOT: ECF Nos. 614, 659 & 664** |

/ / /

/ / /

/ / /

/ / /

1

PLEASE TAKE NOTICE that in light of a confidential settlement reached by Plaintiff Aevoe Corp. and Defendants-Counterclaimants S&F Corporation and Greatshield Inc. (the "Parties") and pursuant to Fed. R. Civ. P. 41(a)(2), the Parties voluntarily dismiss this action, including all claims and counterclaims, with prejudice.  The Court shall retrain jurisdiction to enforce the terms of the Permanent Injunction [ECF No. 694] and the Parties' settlement agreement, which envisions payments extending through February 15, 2016.

This Voluntary Partial Dismissal does not apply to Aevoe Corp.'s claims against co-defendant AE Tech Co., Ltd.

Dated:  January 22, 2014.            Respectfully submitted,

By: _/s/ Lynn J. Alstadt_            By: _/s/ Josephine Binetti McPeak_

| | |
|---|---|
| ALDRICH LAW FIRM, LTD. | McDONALD CARANO WILSON LLP |
| John Aldrich No. 6877 | Josephine Binetti McPeak, No. 7994 |
| 1601 S. Rainbow Blvd., Suite 160 | 2300 West Sahara Ave., Ste. 1200 |
| Las Vegas, Nevada 89146 | Las Vegas, NV 89102 |
| Tel (702) 853-5490 | |
| | |
| BUCHANAN INGERSOLL & ROONEY PC | WINSTON & STRAWN LLP |
| Lynn J. Alstadt *(pro hac vice)* | David S. Bloch, Esq. *(pro hac vice)* |
| 301 Grant Street | 101 California Street |
| Pittsburgh, PA 15219 | San Francisco, CA 94011 |
| | |
| Counsel for Defendants | Counsel for Plaintiff |
| S&F Corporation and GreatShield, Inc. | Aevoe Corp. |

**ORDER**

**THE COURT HAVING READ** the foregoing Stipulation of the parties, and with good cause appearing,

**IT IS HEREBY ORDERED** that all claims and counterclaims between Plaintiff and Defendants-Counterclaimants S&F Corporation and Greatshield, Inc. are hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Permanent Injunction [ECF No. 694] and the parties' settlement agreement, which the parties envision payments extending through February 15, 2016.

**IT IS FURTHER ORDERED** that the following pending motions: ECF Nos. 614, 659 and 664, are rendered **MOOT** in light of the Permanent Injunction [ECF No. 694] and the parties' settlement agreement.

**IT IS SO ORDERED** this 23rd day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1  McDONALD CARANO WILSON LLP

2

3  By: */s/ Josephine Binetti McPeak*
   JOSEPHINE BINETTI McPEAK (#7994)
   2300 West Sahara Avenue, Suite 1200
4  Las Vegas, NV 89102
   jmcpeak@mcdonaldcarano.com

5

6  WINSTON & STRAWN LLP
   David S. Bloch *(pro hac vice)*
   Jennifer A. Golinveaux *(pro hac vice)*
7  K. Joon Oh *(pro hac vice)*

8  *Attorneys for Plaintiff AEVOE CORP.*