AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

AEVOE CORP., a California corporation,

Plaintiff,

V.

AE TECH CO., LTD., et al.,

Defendants.

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00053-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Aevoe Corp., and against Defendant AE Tech for failure to comply with Court Orders and to obtain counsel so that they may continue to participate in this case. Default is entered in the amount of $1,381,531 against Defendant AE Tech.

2/27/2015

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk