# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| AEVOE CORP., a California corporation, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:12-cv-00053-GMN-NJK |
| vs. | ) | |
| | ) | **ORDER** |
| AE TECH CO., LTD., a Taiwan corporation; | ) | |
| S&F CORPORATION *dba* SF PLANET | ) | |
| CORPORATION, a Minnesota corporation, | ) | |
| and GREATSHIELD INC., a Minnesota | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the Corrected Report and Recommendation of United States

Magistrate Judge Nancy J. Koppe, (ECF No. 704), which recommends that Plaintiff Aevoe

Corp.'s Motion for Treble Damages, for Attorney Fees, and for Costs (ECF No. 679) be

**GRANTED**.

A party may file specific written objections to the findings and recommendations of a

United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B);

D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo

determination of those portions to which objections are made. *Id.*  The Court may accept, reject,

or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is

not required to conduct "any review at all ... of any issue that is not the subject of an objection."

*Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a

district court is not required to review a magistrate judge's report and recommendation where

no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122

1   (9th Cir. 2003).

2        Here, no objections were filed, and the deadline to do so has passed.

3        Accordingly,

4        **IT IS HEREBY ORDERED** that the Corrected Report and Recommendation (ECF No.

5   704) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

6        **IT IS FURTHER ORDERED** that Plaintiff Aevoe Corp.'s Motion for Treble

7   Damages, for Attorney Fees, and for Costs (ECF No. 679) is **GRANTED**.

8        **IT IS FURTHER ORDERED** that Plaintiff be awarded treble damages pursuant to 35

9   U.S.C. § 284.

10       **IT IS FURTHER ORDERED** that Plaintiff be awarded $2,491,004.25 in attorney fees.

11       **IT IS FURTHER ORDERED** that Plaintiff be awarded $589,805.98 in costs.

12

13

14  _____

    Gloria M. Navarro, Chief Judge

15      United States District Judge

16

17

18

19

20

21

22

23

24

25