✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Nevada_____

AEVOE CORP., a California corporation,

                        Plaintiff,

       V.

AE TECH CO., LTD., et al.,

                 Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:12-cv-00053-GMN-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff  and against Defendant AE Tech Co., LTD and awarding Plaintiff treble damages,  pursuant to 35 U.S.C. &Sect 284.  Plaintiff is awarded $2,491,004.25 in attorney fees and $589,805.98 in costs.

| | |
|---|---|
| 5/21/2015 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ D. Johnson |
| | (By) Deputy Clerk |